IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORDER

IN RE:   APPLICATION FOR EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES BY Professor Charlotte Alexander

**AND NOW**, this **13th** day of **November, 2024,** upon consideration of the application and request by Professor Charlotte Alexander for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts, and having found that (1) Professor Charlotte Alexander is law Professor at Georgia Institute of Technology. (2) Professor Charlotte Alexander has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information, it is hereby **ORDERED** that Professor Charlotte Alexander shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court, to the extent such use is intended for scholarly research that is limited in scope and not intended for redistribution on the internet or for commercial purposes. She is researching into the relationship, if any, between the composition of corporate boards and officers and the frequency and types of sexual harassment and sex discrimination cases filed in the U.S district courts from 2010 to 2021. She is looking to review 134,249 cases/documents from 85 district courts between **11/13/2024 and 11/13/2025**. She shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court.

It is **FURTHER ORDERED** that the following limitations apply to this exemption, which may be revoked at the discretion of the Court at any time:

1. this fee exemption applies only to Professor Charlotte Alexander and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Professor Charlotte Alexander agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Professor Charlotte Alexander is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and this exemption is valid from **11/13/2024 to 11/13/2025.**

FOR THE COURT:

s/*Mitchell S. Goldberg*
MITCHELL S. GOLDBERG,
Chief Judge